UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NOT FOR PUBLICATION

-----------------------------------------------------------------x
ANTHONY H. REEVES,

        Plaintiff,

-against-

ATLANTIC SHELTER,

        Defendant.
-----------------------------------------------------------------x

**MEMORANDUM AND ORDER**

07-CV- 4964 (RJD)

DEARIE, Chief Judge.

*Pro se* plaintiff Anthony H. Reeves filed the above-captioned complaint on November 26, 2007. By Order dated December 14, 2007, the Court granted Plaintiff's request to proceed *in forma pauperis*, dismissed the Atlantic Shelter as a defendant, and directed plaintiff to submit an amended complaint within 30 days of the date of the Order. The Order was mistakenly sent to an incorrect address and was returned with the postal notations: "Return to Sender – no such number – unable to forward."

The Court respectfully directs the Clerk of Court to correct the plaintiff's address on the docket sheet and to send copies of this Order and the Order of December 14, 2007 to plaintiff at the correct address: Anthony H. Reeves, In Care Of George Reeves, 1400 East New York Avenue, Apt. 11A, Brooklyn, New York 11212.

Plaintiff shall submit an amended complaint as detailed in the Court's December 14, 2007 Order by March 3, 2008.

SO ORDERED.

                                          s/ Judge Raymond J. Dearie
                                          RAYMOND J. DEARIE
                                          United States District Judge

Dated: Brooklyn, New York
       January 31, 2008